UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Richard D. Jenkerson,
    Plaintiff

v.                                    Civil No. 07-cv-217-SM

Michael J. Astrue, Commissioner,
Social Security Administration,
    Defendant

**ORDER OF RECUSAL**

Plaintiff's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

*/s/ Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

April 18, 2008

cc:  Jeffry A. Schapira, Esq.
     Gretchen L. Witt, Esq.