UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard D. Jenkerson</u>

              v.                        Case No. 07-cv-217-PB

<u>US Social Security Administration</u>
 <u>Commissioner</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated May 26, 2009, no objection having been filed.

    SO ORDERED.

June 4, 2009                              /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

cc:    Counsel of Record